UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENT OVERTON,

    Plaintiff,                                      No. 09-cv-13283-BAF-MAR

-v-                                                  Hon. Bernard A. Friedman

CITY OF YPSILANTI,
a Michigan municipal corporation,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR PROTECTIVE ORDERS

## INDEX OF EXHIBITS

A    Plaintiff's Request for Production of Documents
       dated November 10, 2009

B    Defense counsel's letter to plaintiff's counsel enclosing proposed protective orders
       dated December 18, 2009

C    Plaintiff counsel's letter to defense counsel re proposed protective orders
       dated December 31, 2009

D    Defendant's Final Proposed Protective Order re Plaintiff Overton

E    Defendant's Final Proposed Protective Order re Sgt. Davis

F    Corporate Privileges and Confidential Information,
       Protection of Personnel Files Under Federal Law (2009), § 11.02

G    *Berryman v. Supervalu Holdings, Inc.*,
       No. 3:05cv169, 2008 WL 4934007 (S.D. Ohio)

H    *Cherenfant v. Nationwide Credit, Inc.*,
       No. CIV 03-60655, 2004 WL 5313965 (S.D. Fla. 2004)

I    *Watts v. Kimmerly*,
       No. I:95-CV-279, 1996 WL 911254 (W.D. Mich.)