UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENT OVERTON,

    Plaintiff,                                                                No. 09-cv-13283-MAG-MAR

-v-                                                                                              Hon. Mark A. Goldsmith

CITY OF YPSILANTI,
a Michigan municipal corporation,

    Defendant.
_____/

| | |
|---|---|
| JAMES K. FETT (P39461) | ROGER A. SMITH (P27722) |
| JOSHUA R. FIELDS (P68559) | GARAN LUCOW MILLER, P.C. |
| FETT & FIELDS, P.C. | Attorney for Defendant City of Ypsilanti |
| Attorneys for Plaintiff | 1111 W. Long Lake Road, Suite 300 |
| 805 E. Main Street | Troy, MI 48098 |
| Pinckney, MI 48169 | 248.641.7600 |
| 734.954.0100 | fax: 248.641.0222 |
| fax: 734.954.0762 | rsmith@garanlucow.com |
| attys@fettlaw.com | |

_____/

## ORDER OF DISMISSAL

This matter having been raised by the stipulation of the parties and the Court being otherwise fully informed in the premises;

WHEREFORE,

**IT IS HEREBY ORDERED** that the above matter be and the same is hereby dismissed with prejudice and without costs or attorney fees.

**THIS IS A FINAL ORDER AND CLOSES THE CASE**.

Dated: June 27, 2011                                                    s/Mark A. Goldsmith_____
      Flint, Michigan                                                  MARK A. GOLDSMITH
                                                                                       United States District Judge

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 27, 2011.

                s/Deborah J. Goltz
                DEBORAH J. GOLTZ
                Case Manager

No. 09-cv-13283-MAG-MAR
ORDER OF DISMISSAL

I stipulate to the entry of the above Order:

 /s/ James K. Fett
James K. Fett  (P39461)
Fett & Fields, P.C.
*(Signed with permission given to Roger A. Smith on 6/23/11)*
*Attorney for Plaintiff*

 /s/  Roger A. Smith
Roger A. Smith (P27722)
Garan Lucow Miller, P.C.
*Attorney for Defendant*

Dated:   June 24, 2011